FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

David Muhammad (DBA DAVID MUHAMMAD)

#216-350 NBCI

14100 McMullen Hwy SW

Cumberland, MD 21502

(Full name, prison identification number and address of the plaintiff)

v.

Civil Action No. ELH-13-1072
(Leave blank. To be filled in by Court.)

Bobby Shearin (DBA BOBBY SHEARIN)    JURY TRIAL DEMANDED

WARDEN   NBCI   (being sued in individual capacity)

14100 McMullen Hwy SW

Cumberland, MD 21502

(Full name and address of the defendant(s))

## COMPLAINT

I. **Previous lawsuits**

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

      YES [ ]    NO [X]

   B. If you answered YES, describe that case(s) in the spaces below.

      1. Parties to the other case(s):

         Plaintiff: N/A

         Defendant(s): N/A

2. Court (if a federal court name the district; if a state court name the city or county): __N/A__

3. Case No.: __N/A__

4. Date filed: __N/A__

5. Name of judge that handled the case: __N/A__

6. Disposition (won, dismissed, still pending, on appeal): __N/A__

7. Date of disposition: __N/A__

## II. Administrative proceedings

A. If you are in a Division of Correction facility, did you file an administrative remedy procedure request under DCD 185-001, et seq.?

YES [X]   NO [ ]

1. If you answered YES:

   a. What was the result? __Dismissed on 7/26/2012__

   b. Did you appeal to the Commissioner?

   YES [X]   NO [ ]

2. If you answered NO to either of the questions above, explain why you did not file an administrative remedy procedure request or an appeal to the Commissioner. _____

3. Did you file any other type of administrative complaint such as an appeal to

the warden of an adjustment decision or a decision to withhold mail, a complaint to the Sundry Claims Board, etc.?

YES [xx]     NO [ ]

4. If you answered YES, explain what you filed and what was the result.

I filed a complaint to Inmate Grievance Office(IGO) and Judicial Review and both were procedurally dismissed.

B. If you are not in a Division of Correction facility, is there a grievance procedure at your institution?

YES [ ]     NO [ ]

If your answer is YES:

1. Did you file a grievance?

YES [ ]     NO [ ]

2. If you filed a grievance what was the result? _____

_____

3. If you did not file a grievance explain why not? _____

_____

**III. Statement of claim**

(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

SEE PAGE #6

**IV. Relief**

(State briefly what you want the Court to do for you)

SEE PAGE #8 & 9

SIGNED THIS 8 day of April, 2013.

without Prejudice
UCC 1-207

David Muhammad

(original signature of plaintiff)

216-350 NBCI

14100 McMullen Hwy SW

Cumberland, MD 21502

(address of plaintiff)

## PARTIES, JURISDICTION AND VENUE

1) This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of theUnited States, The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff seeks declaratory relief pursuanat to 28 U.S.C. Section 2201 and 2202. Plaintiff's claim s for injunction relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure. Plaintiff seeks claim and relief under 42 U.S.C. §2000cc to cc-5 RLUIPA.

2) Plaintiff David Farrakhan Ali Muhammad, is and was at all times mentioned herein a prisoner of the State of Maryland in the custody of the Maryland Department of Corrections. He is currently confined in North Branch Correctional Institute (NBCI) in Cumberland, Maryland.

3) Defendant, Bobby Shearin is the Wardenof NBCI. He is legally responsible for the operation of NBCI and and for the welfare of all the inmates.

4) The defendant is being sued in his individual capacity. At all times mentioned in this complaint the defendant acted under the color of state law.

5

## STATEMENT OF CLAIM

1) David Muhammad, Plaintiff asserts under the Religious Land Use and Institutionalized Persons Act of 2000, that the Defendant Bobby Shearin, Warden of NBCI violated his 1ST Admendment by restricting the use of Court Ordered Religious Name David Farrakhan Ali Muhammad as his legal name on all institutional records and his D.O.C. ID as mandated by the Amended Commitment Record(EXHIBIT A), thereby creating an unnecessary and unreasonable substantial burden on Plaintiff's religious belief and practice.

2) David Muhammad, Plaintiff asserts that Defendant Bobby Shearin Warden of NBCI violated Plaintiffs 1ST Admendment right under the Free Exercise Clause by restricting the use of his Court Ordered Name david Farrakhan Ali Muhammad as his legal name on all institutional records and his D.O.C. ID as mandated by the Amended Commitment Record(EXHIBIT A).

3) David Muhammad, Plaintiff asserts that Defendant Bobby Shearin Warden of NBCI violated Plaintiff's 14TH Admendment to Due Process by his non compliance to the Court Ordered Amended Commitment Record(EXHIBIT A) dated July 5, 2012 and restricting Plaintiff's use of his legal name David Farrakhan Ali Muhammad on all institutional records and D.O.C. ID.

## STATEMENT OF FACTS

Plaintiff changed his name legally to David Farrakhan Ali Muhammad effective 2/27/03, to reflect his belief as a muslim who practices the religion of Islam and who desires to be recognized by such name in all affairs while incarcerated. The MD D.O.C. policy that governs INMATE NAME CHANGE(EXHIBIT B) as stated in the MD CASE MANAGEMENT MANUAL Section #26 states that "In order for an inmate's committed name to be changed, the sentencing judge must issue an amended commitment showing the new name."

In June 2012, Plaintiff files a Motion to Amend Commitment Record in the Circuit Court of Montgomery County, and the Motion was granted by Judge Michael Mason on July 5, 2012 and a copy was submitted to the Defendant. The Amended Commitment Record is a demand performance instrument that compels compliance of the Defendant. When Defendant failed to comply to the Amended Commitment Record, Plaintiff filed a complaint via the Administrative Remedy Procedure(ARP) on July 25, 2012 however; the ARP complaint was dismissed on July 26, 2012(see Exhibit C). Plaintiff continued to pursue grievance via Administrative Appeal requesting Defendant to cease violating his 1st and 14th Constitutional Rights yet still was denied relief. Plaintiff exhausted all Admistrative Remedy and therefore is now seeking relief of asserted claim via this equitable court.

## RELIEF

WHEREFORE, Plaintiff respectfully prays that this court enter judgement granting plaintiff:

1) A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States and under the Religious Land Use and Institutionalized Person Act of 2000(RLUIPA).

2) A preliminiary and permanent injunction ordering Defendant Bobby Shearin to amend all institutional records to reflect David Farrakhan Ali Muhammad as my legal name and not as my AKA or alias name.

3) Plaintiff request $500.00 in Neglience damages for each day Defendant is not in full compliance with the Court Ordered Name Change and the Amended Commitment Record effective from July 5,2012

4) Plaintiff requests $500.00 for Punitive damages for each day Defendant is not in full compliance with Court Ordered Name Change and Amended Commitment Record effective from July 5, 2012.

5) Plaintiff requests $500.00 in Mental anquish and Emotional stress each day Defendant is not in full compliance with Court Ordered Name Change and Amended Commitment Record effective July 5, 2012.

6) Plaintiff requests $500.00 from Defentant in his individual capacity for reasonable man negligence exhibited therein.

7) A jury trial on all issues triable by jury.

8) Plaintiff's cost in this suit.

9  Any additional relief this court deem just, proper and equitable.

*Without Prejudice*
*UCC 1-207*

Dated 4-8-2013
Respectfully Submitted

*David Muhammad*
David Muhammad
#216-350   NBCI
14100 McMullen Hwy SW
Cumberland, MD 21502

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

*Without Prejudice*
*UCC-1-207*

*David Muhammad*
David Muhammad
216-350   NBCI

4-8-2013
Dated

9